ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiff PennyMac Loan Services, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| PENNYMAC LOAN SERVICES, LLC, | Case No.: 3:16-cv-00504-MMD-VPC |
|---|---|
| Plaintiff, | |
| vs. | **AMENDED STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSE TO THUNDER PROPERTIES, INC.'S MOTION TO DISMISS** |
| TOWNHOUSE GREENS ASSOCIATION, INC.; THUNDER PROPERTIES, INC.; GAYLE A. KERN, LTD d/b/a KERN & ASSOCIATES, LTD, | **(FIRST REQUEST)** |
| Defendants. | |

The parties respectfully submit the following Stipulation to allow Defendant Pennymac Loan Services, LLC (**Pennymac**) until October 10, 2016 to file a response to Thunder Properties, Inc.'s (**Thunder**) motion to dismiss [ECF 21] filed on September 13, 2016.

Pennymac requests additional time to respond to Thunder's motion to dismiss to allow Pennymac time to confirm the bases for the court's jurisdiction over Thunder. Counsel for Pennymac has been investigating Thunder's jurisdiction contentions but has been unable to complete the investigation due to prior commitments with multiple depositions and hearings that were set prior to Thunder's filing of its motion to dismiss. The additional time will help provide adequate time for Pennymac to fully brief Thunder's motion to dismiss.

1

Pennymac's response to Thunder's motion to dismiss was due on September 30, 2016. Pennymac originally filed a stipulation for additional time to respond to Thunder's motion to dismiss on September 30, 2016 [ECF 27]. However, the Court rejected the stipulation due to a Pennymac's inadvertent failure to comply with LR IA 6-1. As such, the filing of this amended stipulation to extend the time for Pennymac to respond to Thunder's motion to dismiss after the date the response was due to excusable neglect.

This is the first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 3rd day of October, 2016.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| */s/ Vatana Lay*_____ <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> VATANA LAY, ESQ. <br> Nevada Bar No. 12993 <br> AKERMAN LLP <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br><br> *Attorneys for Plaintiff Pennymac Loan Services, LLC* | */s/ Timothy Rhoda*_____ <br> ROGER P. CROTEAU, ESQ. <br> Nevada Bar No. 4958 <br> TIMOTHY RHODA, ESQ. <br> Nevada Bar No. 7878 <br> Roger P. Croteau & Associates, Ltd. <br> 9120 West Post Road, Suite 100 <br> Las Vegas, Nevada 89148 <br><br> *Attorneys for Defendant Townhouse Greens Association, Inc.* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** October 4, 2016

2