ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
***Attorney for Defendant***
**THUNDER PROPERTIES, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | | |
|---|---|---|
| PENNYMAC LOAN SERVICES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.   3:16-cv-00504-MMD-VPC |
| | ) | |
| vs. | ) | |
| | ) | |
| TOWNHOUSE GREENS ASSOCIATION, | ) | |
| INC.; THUNDER PROPERTIES, INC.; | ) | |
| GAYLE A. KEN, LTD d/b/a KERN & | ) | |
| ASSOCIATES LTD, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO MOTION FOR SUMMARY JUDGMENT**
**(First Request)**

COMES NOW Plaintiff, PENNYMAC LOAN SERVICES, LLC, and Defendants,

THUNDER PROPERTIES, INC. and TOWNHOUSE GREENS ASSOCIATION, INC., by and

through their undersigned counsel, and hereby stipulate and agree as follows:

1.      On April 5, 2018, Plaintiff filed a Motion for Summary Judgment herein [ECF

#78].  Responses are presently due on April 26, 2018.

2.      Defendants' counsel have been required to devote time and attention to numerous

other pending legal matters since the filing of the Motion for Summary Judgment

**ROGER P. CROTEAU & ASSOCIATES, LTD.**
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

*374 Smithridge Park*

which have detracted from the time available prepare a response.

3.    Based upon the foregoing, Defendants have requested and shall be granted an extension of time until May 17, 2018, in which to respond to the Plaintiff's Motion for Summary Judgment.

4.    This Stipulation is made in good faith and not for purpose of delay.

Dated this ____23rd_____ day of April, 2018.

| | |
|---|---|
| ROGER P. CROTEAU & ASSOCIATES, LTD. | AKERMAN, LLP |

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
croteaulaw@croteaulaw.com
***Attorney for Defendant***
***Thunder Properties, Inc.***

/s/ *Vatana Lay*
VATANA LAY, ESQ.
Nevada Bar No. 12993
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
vatana.lay@akerman.com
***Attorney for Plaintiff***
***Pennymac Loan Services, LLC***

TYSON & MENDES, LLP

/s/ *Chistopher Lund*
CHRISTOPHER AMMON LUND, ESQ.
Nevada Bar No. 12435
3960 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
702-724-2648
702-938-1048 (fax)
clund@tysonmendes.com
***Attorney for Defendant***
***Townhouse Greens Association, Inc***

**IT IS SO ORDERED.**

By: _____
       Judge, U.S. District Court

Dated: ___April 23, 2018_____

374 Smithridge Park

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this _____23rd_____ day of April, 2018, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (First Request)** to the following parties:

Vatana Lay
Akerman, LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
vatana.lay@akerman.com
*Attorney for Plaintiff*
*Pennymac Loan Services, LLC*

Ariel E. Stern
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
ariel.stern@akerman.com
*Attorney for Plaintiff*
*Pennymac Loan Services, LLC*

Darren T Brenner
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
darren.brenner@akerman.com
*Attorney for Plaintiff*
*Pennymac Loan Services, LLC*

Christopher Ammon Lund
Tyson & Mendes LLP
3960 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
702-724-2648
702-938-1048 (fax)
clund@tysonmendes.com
*Attorney for Defendant*
*Townhouse Greens Association, Inc*

Thomas E. McGrath
Tyson & Mendes, LLP
3960 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
702-724-2648
702-938-1048 (fax)
tmcgrath@tysonmendes.com
*Attorney for Defendant*
*Townhouse Greens Association, Inc*

Betsy C. Jefferis
Phillips Spallas & Angstdt
504 S. Ninth Street
Suite 115
Las Vegas, NV 89101
702-938-1510
702-938-1511 (fax)
bjefferis@psalaw.net
*Attorney for Defendant*
*Townhouse Greens Association, Inc.*

Karen M. Ayarbe
Kern & Associates, Ltd.
5421 Kietzke Lane, Suite 200
Reno, NV 89511
775-324-5930
775-324-6173 (fax)
karenayarbe@kernltd.com
*Attorney for Defendant*
*Gayle A. Kern, Ltd.*

Gayle A. Kern
Kern & Associates, Ltd.
5421 Kietzke Lane, Ste. 200
Reno, NV 89511
775-324-5930
775-324-6173 (fax)
gakltd@kernltd.com
*Attorney for Defendant*
*Gayle A. Kern, Ltd.*

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU &
ASSOCIATES, LTD.

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

374 Smithridge Park