ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**THUNDER PROPERTIES, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| PENNYMAC LOAN SERVICES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> TOWNHOUSE GREENS ASSOCIATION, INC.; THUNDER PROPERTIES, INC.; GAYLE A. KERN, LTD d/b/a KERN & ASSOCIATES LTD, <br><br> Defendants. | Case No. 3:16-cv-00504-MMD-VPC |

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**
(Second Request)

COMES NOW Plaintiff, PENNYMAC LOAN SERVICES, LLC, and Defendants, THUNDER PROPERTIES, INC. and TOWNHOUSE GREENS ASSOCIATION, INC., by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On April 5, 2018, Plaintiff filed a Motion for Summary Judgment herein [ECF #78]. Responses were initially due on April 26, 2018.

2. On April 23, 2018, the parties submitted a Stipulation extending the deadline to respond to the Motion for Summary Judgment until May 17, 2018. [ECF #79]. Said Stipulation was granted on April 23, 2018. [ECF #80].

374 Smithridge Park

3. Defendants' counsel have been required to devote time and attention to numerous other pending legal matters since the first extension of time which have detracted from the time available to prepare a response.

4. Based upon the foregoing, Defendants have requested and shall be granted a further extension of time until May 28, 2018, in which to respond to the Plaintiff's Motion for Summary Judgment.

5. This Stipulation is made in good faith and not for purpose of delay.

Dated this 17th day of May, 2018.

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
croteaulaw@croteaulaw.com
***Attorney for Defendant***
***Thunder Properties, Inc.***

AKERMAN, LLP

/s/ *Vatana Lay*
VATANA LAY, ESQ.
Nevada Bar No. 12993
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
vatana.lay@akerman.com
***Attorney for Plaintiff***
***Pennymac Loan Services, LLC***

TYSON & MENDES, LLP

/s/ *Chistopher Lund*
CHRISTOPHER AMMON LUND, ESQ.
Nevada Bar No. 12435
3960 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
702-724-2648
clund@tysonmendes.com
***Attorney for Defendant***
***Townhouse Greens Association, Inc***

**IT IS SO ORDERED**

By: _____
Judge, U.S. District Court

Dated: May 21, 2018

Page 2 of 3

374 Smithridge Park

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____17th____ day of May, 2018, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (Second Request)** to the following parties:

Vatana Lay
Akerman, LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
vatana.lay@akerman.com
*Attorney for Plaintiff*
*Pennymac Loan Services, LLC*

Ariel E. Stern
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
ariel.stern@akerman.com
*Attorney for Plaintiff*
*Pennymac Loan Services, LLC*

Darren T Brenner
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
darren.brenner@akerman.com
*Attorney for Plaintiff*
*Pennymac Loan Services, LLC*

Christopher Ammon Lund
Tyson & Mendes LLP
3960 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
702-724-2648
702-938-1048 (fax)
clund@tysonmendes.com
*Attorney for Defendant*
*Townhouse Greens Association, Inc*

Thomas E. McGrath
Tyson & Mendes, LLP
3960 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
702-724-2648
702-938-1048 (fax)
tmcgrath@tysonmendes.com
*Attorney for Defendant*
*Townhouse Greens Association, Inc*

Betsy C. Jefferis
Phillips Spallas & Angstdt
504 S. Ninth Street
Suite 115
Las Vegas, NV 89101
702-938-1510
702-938-1511 (fax)
bjefferis@psalaw.net
*Attorney for Defendant*
*Townhouse Greens Association, Inc.*

Karen M. Ayarbe
Kern & Associates, Ltd.
5421 Kietzke Lane, Suite 200
Reno, NV 89511
775-324-5930
775-324-6173 (fax)
karenayarbe@kernltd.com
*Attorney for Defendant*
*Gayle A. Kern, Ltd.*

Gayle A. Kern
Kern & Associates, Ltd.
5421 Kietzke Lane, Ste. 200
Reno, NV 89511
775-324-5930
775-324-6173 (fax)
gakltd@kernltd.com
*Attorney for Defendant*
*Gayle A. Kern, Ltd.*

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

374 Smithridge Park