ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**THUNDER PROPERTIES, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| PENNYMAC LOAN SERVICES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> TOWNHOUSE GREENS ASSOCIATION, INC.; THUNDER PROPERTIES, INC.; GAYLE A. KERN, LTD d/b/a KERN & ASSOCIATES LTD, <br><br> Defendants. | Case No. 3:16-cv-00504-MMD-VPC |

**STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO MOTION FOR SUMMARY JUDGMENT**
**(Third Request)**

COMES NOW Plaintiff, PENNYMAC LOAN SERVICES, LLC, and Defendants, THUNDER PROPERTIES, INC. and TOWNHOUSE GREENS ASSOCIATION, INC., by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On April 5, 2018, Plaintiff filed a Motion for Summary Judgment herein [ECF #78]. Responses were initially due on April 26, 2018.

2. On April 23, 2018, the parties submitted a Stipulation extending the deadline to

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

respond to the Motion for Summary Judgment until May 17, 2018. [ECF #79]. Said Stipulation was granted on April 23, 2018. [ECF #80].

3. On May 17, 2018, the parties submitted a second Stipulation extending the deadline to respond to Motion for Summary Judgment until May 28, 2018. [ECF #81]. At the time the stipulation was submitted, the parties did not realize that Memorial Day fell on May 28, 2018. The second Stipulation was granted on May 21, 2018. [ECF #82].

4. Defendants' counsel have been required to continue to devote time and attention to numerous other pending legal matters since the first and second extensions of time which have detracted from the time available to prepare a response. The Memorial Day holiday also detracted from the time available to respond.

5. Based upon the foregoing, Defendants have requested and shall be granted a further extension of time until June 8, 2018, in which to respond to the Plaintiff's Motion for Summary Judgment.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

6. This Stipulation is made in good faith and not for purpose of delay.

Dated this 29th day of May, 2018.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | AKERMAN, LLP |
|---|---|
| /s/ *Timothy E. Rhoda*<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148<br>(702) 254-7775<br>croteaulaw@croteaulaw.com<br>***Attorney for Defendant***<br>***Thunder Properties, Inc.*** | /s/ *Vatana Lay*<br>VATANA LAY, ESQ.<br>Nevada Bar No. 12993<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>702-634-5000<br>vatana.lay@akerman.com<br>***Attorney for Plaintiff***<br>***Pennymac Loan Services, LLC*** |

TYSON & MENDES, LLP

/s/ *Chistopher Lund*
CHRISTOPHER AMMON LUND, ESQ.
Nevada Bar No. 12435
3960 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
702-724-2648
clund@tysonmendes.com
***Attorney for Defendant***
***Townhouse Greens Association, Inc***

**IT IS SO ORDERED.**

By: _____
Judge, U.S. District Court

Dated: 5/31/2018

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___29th___ day of May, 2018, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (Third Request)** to the following parties:

Vatana Lay
Akerman, LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
vatana.lay@akerman.com
*Attorney for Plaintiff*
*Pennymac Loan Services, LLC*

Ariel E. Stern
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
ariel.stern@akerman.com
*Attorney for Plaintiff*
*Pennymac Loan Services, LLC*

Darren T Brenner
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
darren.brenner@akerman.com
*Attorney for Plaintiff*
*Pennymac Loan Services, LLC*

Christopher Ammon Lund
Tyson & Mendes LLP
3960 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
702-724-2648
702-938-1048 (fax)
clund@tysonmendes.com
*Attorney for Defendant*
*Townhouse Greens Association, Inc*

Thomas E. McGrath
Tyson & Mendes, LLP
3960 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
702-724-2648
702-938-1048 (fax)
tmcgrath@tysonmendes.com
*Attorney for Defendant*
*Townhouse Greens Association, Inc*

Betsy C. Jefferis
Phillips Spallas & Angstdt
504 S. Ninth Street
Suite 115
Las Vegas, NV 89101
702-938-1510
702-938-1511 (fax)
bjefferis@psalaw.net
*Attorney for Defendant*
*Townhouse Greens Association, Inc.*

Karen M. Ayarbe
Kern & Associates, Ltd.
5421 Kietzke Lane, Suite 200
Reno, NV 89511
775-324-5930
775-324-6173 (fax)
karenayarbe@kernltd.com
*Attorney for Defendant*
*Gayle A. Kern, Ltd.*

Gayle A. Kern
Kern & Associates, Ltd.
5421 Kietzke Lane, Ste. 200
Reno, NV 89511
775-324-5930
775-324-6173 (fax)
gakltd@kernltd.com
*Attorney for Defendant*
*Gayle A. Kern, Ltd.*

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.