ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Plaintiff PennyMac Loan Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PENNYMAC LOAN SERVICES, LLC<br><br>Plaintiff,<br>vs.<br><br>TOWNHOUSE GREENS ASSOCIATION, INC.; THUNDER PROPERTIES, INC.; GAYLE A. KERN, LTD. d/b/a KERN & ASSOCIATES, LTD,<br><br>Defendants. | Case No.: 3:16-cv-00504-MMD-CBC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

PLEASE TAKE NOTE PennyMac Loan Services, LLC (**PennyMac**), and Defendants Thunder Properties, Inc., (**Thunder**) and Townhouse Greens Association, Inc. (**HOA**) by and through their respective counsel of record, hereby stipulate and agree to the following:

…

…

…

…

…

…

…

1

48679170;1

To dismiss with prejudice this action pursuant Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and fees.

DATED this 24th of April 2019.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| /s/ *William S. Habdas*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>WILLIAM S. HABDAS, ESQ.<br>Nevada Bar No. 13138<br>1635 Village Center Cir., Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Plaintiff PennyMac Loan Services, LLC* | */s/ Timothy E. Rhoda*<br>ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>2810 W. Charleston Blvd., Suite #75<br>Las Vegas, Nevada 89102<br><br>*Attorneys for Defendant Thunder Properties, Inc.* |
| **TYSON & MENDES**<br><br>/s/ *Christopher A. Lund*<br>THOMAS E. McGRATH, ESQ.<br>Nevada Bar No. 7086<br>CHRISTOPHER A. LUND, ESQ<br>Nevada Bar No. 12435<br>8275 So. Eastern Avenue, Suite 115<br>Las Vegas, Nevada 89148<br><br>*Attorneys for Defendant Townhouse Green Association, Inc.* | |

**IT IS SO ORDERED.**

Dated: April 25, 2019

The Honorable Miranda M. Du
United States District Court for the District of Nevada
Case No.:   3:16-cv-00504-MMD-CBC

2

48679170;1